*Rutland*
February.
1814.

## HAY *vs.* HIDE.

A due bill, in the following words, " Due F. H. eighty dollars on demand," will support, an action of *indebitatus assumpsit* for money lent.

THIS was an action of *assumpsit.* The declaration contained two counts; one on a promissory note, and one for money lent.

Plea—*the general issue.*

*Mallary* for the plaintiff, in support.of the action offered in evidence, a note or due bill in the words and figures following. " Due to Francis Hay eighty dollars on demand, 19th June, 1819."

A. W. HIDE.

*Langdon* for the defendant contended that the evidence offered, would not support either count, in the declaration. Though the due bill may be considered as evidence of a debt, yet it does not appear that it arose by way of loan. And it is not a promissory note, it contains no words of promise, and is not expressed to be for value received ; no action, therefore, can be maintained upon it, without proof of a consideration.

*By the Court.*—The due bill is an acknowledgment of so much money of the plaintiff's, in the hands of the defendant, for which the defendant is indebted to the plaintiff; and it may well be presumed to be for a loan. It is an acknowledgement under the hand of the defendant, and is sufficient to raise the implied promise in the second count, and might have supported a third count, on an *insimul computassent.*

Verdict for the plaintiff.

See the case Fisher *v.* Leslie, 1 Esp. Cases, 426. A slip of paper, signed by the defendant, in the following letters and words. " I O U eight guineas, was admitted in support of a declaration, containing a count for money lent, and the common counts, by                     L. KENYON."